No. A–1185 (73–1838). CRISLER, COMMISSIONER OF PUBLIC SAFETY OF MISSISSIPPI, ET AL. *v.* MORROW ET AL. Application for recall and stay of the mandate of the United States Court of Appeals for the Fifth Circuit presented to MR. JUSTICE POWELL, and by him referred to the Court, denied. .

No. D–23. IN RE DISBARMENT OF LEE. It having been reported to the Court that Clifford Taylor Lee, of Washington, D. C., has been disbarred from the practice of law by the United States Court of Appeals for the District of Columbia Circuit, and this Court by order of March 18, 1974 [415 U. S. 972], having suspended the said Clifford Taylor Lee from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent, and that the time within which to file a return has expired;

It is ordered that the said Clifford Taylor Lee be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. 73–1626. WEAVER, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS, ET AL. *v.* RANDLE ET AL. Appeal from D. C. N. D. Ill. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 73–6618. SELLERS *v.* ESTELLE, CORRECTIONS DIRECTOR;

No. 73–6708. POVEY *v.* WARDEN, NEVADA STATE PRISON; and

No. 73–6767. DOGGETT *v.* NEVADA ET AL. Motions for leave to file petitions for writs of habeas corpus denied.